THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE HANOVER AMERICAN INSURANCE COMPANY, *et al.*,<br><br>     Plaintiffs,<br>  v.<br><br>DOUBLEDOWN INTERACTIVE LLC, *et al.*,<br><br>     Defendants. | CASE NO. C21-0644-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Parties' Stipulated Motion for Extension of Time for Defendant to Answer Complaint. (Dkt. No. 10.) Having reviewed the parties' submission, the Court finds good cause for an extension and therefore GRANTS the motion. (Dkt. No. 10.) It is therefore ORDERED that the deadline for Defendants to answer or otherwise respond to the complaint is September 10, 2021.

DATED this 30th day of August 2021.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Sandra Rawski<br>
Deputy Clerk