THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE HANOVER AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br>v.<br><br>DOUBLEDOWN INTERACTIVE LLC, *et al.*,<br><br>Defendants. | CASE NO. C21-0644-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

It is hereby ORDERED that the parties' stipulated motion to stay (Dkt. No. 22) is GRANTED. This case is hereby STAYED in its entirety pending resolution of the Separate Actions (as defined in Dkt. No. 22 at 2). The current scheduling order (Dkt. No. 21) is therefore VACATED. The parties must file a joint status report within 14 days of receiving notice of the resolution in the Separate Cases.

DATED this 15th day of July 2022.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Sandra Rawski<br>
Deputy Clerk

MINUTE ORDER
C21-0644-JCC
PAGE - 1